

ROGELIO CORDOBA D22031
P.O BOX 689, ZN-240L
SOLEDAD, CA 93960-0689

LEGAL MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102

RECEIVED

SEP - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA