**FILED**

SEP - 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ROGELIO CORDOBA,                    )
                                    )
                        Plaintiff,  )    CASE NO. C 07 4579
                                    )
        vs.                         )    **PRISONER'S**
                                    )    **APPLICATION TO PROCEED**  CW (PR)
BEN CURRY, WARDEN, ET. AL.,         )    **IN FORMA PAUPERIS**
                                    )
                        Defendant.  )
_____)

I, ROGELIO CORDOBA , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7    2.      Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.      Business, Profession or        Yes ____ No _X_

10             self employment

11        b.      Income from stocks, bonds,        Yes ____ No _X_

12             or royalties?

13        c.      Rent payments?        Yes ____ No _X_

14        d.      Pensions, annuities, or        Yes ____ No _X_

15             life insurance payments?

16        e.      Federal or State welfare payments,        Yes ____ No _X_

17             Social Security or other govern-

18             ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23    3.      Are you married?        Yes ____ No _X_

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $_____ Net $_____

28    4.      a.      List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2         support and indicate how much you contribute toward their support.  (NOTE:

3         For minor children, list only their initials and ages.  DO NOT INCLUDE

4         THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?         Yes ____ No __X__

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?              Yes ____ No __X__

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No __X__ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s):  $ _____

17   Do you own any cash?  Yes ____ No __X__ Amount: $ _____

18   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19   market value.)   Yes ____ No __X__

20   _____

21   8.    What are your monthly expenses?

22   Rent:  $ _____ Utilities: _____

23   Food:  $ _____ Clothing: _____

24   Charge Accounts:

25   <u>Name of Account</u>            <u>Monthly Payment</u>            <u>Total Owed on This Acct.</u>

26   _____        $ _____        $ _____

27   _____        $ _____        $ _____

28   _____        $ _____        $ _____9.    Do

1  you have any other debts?  (List current obligations, indicating amounts and to whom they are

2  payable.  Do not include account numbers.)

3  _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No _X__

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____

10  _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  8-23-07                       Rogelio Cordova

17  _____              _____
       DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2

Case Number: _____

3
4
5
6
7
8
9

**CERTIFICATE OF FUNDS**

10

**IN**

11

**PRISONER'S ACCOUNT**

12
13

I certify that attached hereto is a true and correct copy of the prisoner's trust account

14

statement showing transactions of ____ROGELIO CORDOBA_____ for the last six months

15

at    CORRECTIONAL TRAINING FACILITY-SOLEDAD

16

[prisoner name]

17

_____ where (s)he is confined.

18

[name of institution]

19

I further certify that the average deposits each month to this prisoner's account for the

20

most recent 6-month period were $ _____ and the average balance in the prisoner's

21

account each month for the most recent 6-month period was $_____.

22
23

Dated:_____                    _____

24

[Authorized officer of the institution]

25
26
27
28

- 5 -