UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CORDOBA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEN CURRY et al,<br><br>　　　　　Defendant.<br>　―――――――――――――――――――― / | Case Number: CV07-04579 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the petition (docket #1), OSC (docket #3) by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jill Thayer
Attorney General State of California
455 Golden Gate Ave., #11000
San Francisco, CA 94102


Dated: March 4, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Clara Pierce, Deputy Clerk