1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  ANYA M. BINSACCA
   Supervising Deputy Attorney General
5  BRIAN C. KINNEY, State Bar No. 245344
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5255
    Fax: (415) 703-5843
8   Email: Brian.Kinney@doj.ca.gov

9  Attorneys for Respondent Ben Curry

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14
   | ROGELIO CORDOBA, | C 07-04579 CW |
   |---|---|
   | Petitioner, | **REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL** |
   | v. | |
   | BEN CURRY, Warden, | |
   | Respondent. | Judge: The Honorable Claudia Wilken |

20      <u>**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**</u>

21      Petitioner Rogelio Cordoba is a California state inmate proceeding pro se in this habeas

22  corpus action. Petitioner, who is currently serving an indeterminate sentence for second-degree

23  murder, alleges that the California Board of Parole Hearings unconstitutionally denied him parole

24  in his 2006 parole consideration hearing. On February 7, 2008, this Court issued an order to

25  show cause why the writ should not be granted. For the reasons set forth in the accompanying

26  / / /

27  / / /

28  / / /

Req. for Ext. of Time to File a Response; Decl. of Counsel                    Cordoba v. Curry
                                                                              C 07-04579 CW
                                         1

1  declaration of counsel, Respondent respectfully requests a thirty-day extension of time, up to and
2  including May 7, 2008, to file a responsive pleading in this matter.
3  Dated: April 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General


/S/ BRIAN C. KINNEY
BRIAN C. KINNEY
Deputy Attorney General
Attorneys for Respondent

40237798.wpd
SF2008401064

Req. for Ext. of Time to File a Response; Decl. of Counsel

*Cordoba v. Curry*
C 07-04579 CW

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Rogelio Cordoba.

3. On February 7, 2008, this Court issued an order to show cause requiring Respondent to file a responsive pleading by April 7, 2008. Initially, this case was mistakenly assigned to the wrong section within the Attorney General's Office. Eventually, the error was discovered and I was assigned this case on April 2, 2008.

4. On April 2, 2008, my paralegal requested documents regarding this case from the Correctional Training Facility. In addition, my paralegal requested state-court documents evidencing Petitioner's exhaustion of his state claims. As of yet, the Attorney General's Office has not received these documents.

5. As a result, I am respectfully requesting an extension of time because I lack documents necessary to prepare a thorough responsive pleading. I respectfully request an additional thirty days, up to and including May 7, 2008, to file a responsive pleading in this matter.

6. Petitioner is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on April 7, 2008, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General

Req. for Ext. of Time to File a Response; Decl. of Counsel

*Cordoba v. Curry*
C 07-04579 CW

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Rogelio Cordoba v. Ben Curry, Warden**

Case No.:    **C 07-04579 CW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 7, 2008**, I served the attached

**1)  REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL;**

**2)  [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Rogelio Cordoba  (D-22031)
Correctional Training Facility
ZW-240L
P.O. Box 689
Soledad, CA  93960-0686
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 7, 2008**, at San Francisco, California.

|  R. Panganiban  |  /S/ R. Panganiban  |
| :---: | :---: |
| Declarant | Signature |

40237924.wpd