IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ROGELIO CORDOBA,** <br><br> Petitioner, <br><br> v. <br><br> **BEN CURRY, Warden,** <br><br> Respondent. | C 07-04579 CW <br><br> **[PROPOSED] ORDER** |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including May 7, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: _____

_____
The Honorable Claudia Wilken

[Proposed] Order

*Cordoba v. Curry*
Case No. C 07-04579 CW

1