IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ROGELIO CORDOBA,**<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>**BEN CURRY, Warden,**<br><br>　　　　　　　Respondent. | C 07-04579 CW<br><br>**ORDER** |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including May 7, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: 4/9/08

_____
The Honorable Claudia Wilken

[Proposed] Order                                                                                          *Cordoba v. Curry*
                                                                                                  Case No. C 07-04579 CW

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROGELIO CORDOBA,

    Plaintiff,

  v.

BEN CURRY et al,

    Defendant.
_____/

Case Number: CV07-04579 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rogelio Cordoba D-22031
CFT-Soledad
ZW-240L
P.O. Box 689
Soledad, CA 93960-0689

Dated: April 9, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

[Proposed] Order

*Cordoba v. Curry*
Case No. C 07-04579 CW

2