# EXHIBIT A

ABSTRACT OF JUDGMENT — COMMITMENT
SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF __LOS ANGELES__
BRANCH __CENTRAL CRIMINAL__

COURT I.D.: 1,9,0,0,0,1

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: CORDOBA, ROGELIO ALBERTO
AKA:
[X] PRESENT  [ ] NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT
[ ] AMENDED ABSTRACT
CASE NUMBER: A762389

DATE OF HEARING (MO)(DAY)(YR): 01 07 86
DEPT. NO.: 120
JUDGE: EVERETT E RICKS
CLERK: E ROBERTS
REPORTER: C CATHCART
COUNSEL FOR PEOPLE: R SCHVITT
COUNSEL FOR DEFENDANT: R ROTHMAN 987.2
PROBATION NO. OR PROBATION OFFICER: X079287

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTION BY (JURY/COURT/PLEA) | TERM (L,M,U) | TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | PC | 245(a)(2) | ASLT/W/FIREARM/ON/PERS | 85 | 10 | 31 | 85 | X | M | 3 | |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | X | X | | | | | 2 |

3. OTHER ORDERS:

4.A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | 0 | 0 | 0 |
| 667.5(b) | 0 | 0 | 0 |
| 667.6(b) | 0 | 0 | 0 |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | 0 | 0 | 0 |

5. TIME STAYED §1170.1(f) [DOUBLE BASE LIMIT]:
6. TOTAL TERM IMPOSED: ➔ 5

7. [XX] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S). count 2 to run concurrently with Life sentence Count 1

8. EXECUTION OF SENTENCE IMPOSED:
A. [XX] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

9. DATE SENTENCE PRONOUNCED: MO 01 DAY 07 YEAR 86
CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 495 INCLUDING: ACTUAL LOCAL TIME 330 LOCAL CONDUCT CREDITS 165
STATE INSTITUTIONS: [ ] DMH [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[XX] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] CALIF. MEDICAL FACILITY — VACAVILLE
[XX] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY):

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: [signature]
DATE: 1-14-86

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California Effective July 1, 1981

ABSTRACT OF JUDGMENT — COMMITMENT
SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Pen. C. 1213.5
CRC

DISTRIBUTION: PINK COPY — COURT FILE, YELLOW COPY — DEPARTMENT OF CORRECTIONS, WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

DEPT. 120

Date: JANUARY 7, 1986
HONORABLE: EVERETT E RICKS  JUDGE
D STEELE  Deputy Sheriff  7941-4S1
E ROBERTS
C CATHCART, Deputy Clerk
, Reporter
(Parties and counsel checked if present)

A762389

PEOPLE OF THE STATE OF CALIFORNIA
VS
X  CORDOBA, ROGELIO ALBERTO
X079287

Counsel for Plaintiff: IRA A REINER, DISTRICT ATTY. BY X R SCHVITT, DEPUTY

Counsel for Defendant: R ROTHMAN 987-2 ~~PUBLIC DEFENDER~~ ~~DEPUTY~~

NATURE OF PROCEEDINGS PROBATION AND SENTENCE
(Boxes checked if order applicable)

Court advises defendant of his appeal rights.

PROBATION DENIED. SENTENCE AS INDICATED BELOW.
Whereas the said defendant having ..**been**.. duly ..~~found~~..
guilty in this court of the crime of MURDER (Sec 187 PC), as charged in Count 1 of the information, which Court found to be Murder of the second degree, it is further alleged that in the commission and attempted commission of the above offense the said defendant, personally used a firearm, to wit, a handgun, within the meaning of Penal Code Sections 12022.5 and 1203.06(a)(1 )

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison for the term of 15 years to LIFE, PLUS 2 years for used allegation Pursuant to Sections 12022.5 Penal Code for a total of 17 years to LIFE.

☐ Defendant is given credit for 495 days in custody (includes 165 days good time/work time).
It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution
☒ for Men at Chino, California
☐ for Women at Frontera, California
☐ ..................

ENTERED
1-7-86

FRANK S ZOLIN
COUNTY CLERK
AND CLERK OF THE
SUPERIOR COURT

☐ Remaining count(s) dismissed in interests of justice.
☐ Bail exonerated.

2  76J805A (REV. 7-82) 7-82
C-109

JUDGMENT

PINK ORIGINAL TO FILE
WHITE COPY TO MICROFILM
YELLOW COPY TO
GREEN