# EXHIBIT  E

MENTAL HEALTH EVALUATION FOR
THE BOARD OF PRISON HEARINGS
June, 2006 Lifer Calendar

CORRECTIONAL TRAINING FACILITY SOLEDAD
MAY, 2006

NAME:             CORDOBA, ROGELIO
CDC#:             D-22031
DOB:              10/9/64
OFFENSE:          PC 187 MURDER, SECOND DEGREE
DATE OF OFFENSE:  2/2/85
SENTENCE:         17 YEARS TO LIFE
MEPD:             8/26/95
EVALUATION DATE:  5/5/06

I.   IDENTIFYING INFORMATION:

Mr. Cordoba is a single, first term, 41 year old male, who was born in Panama. He was sentenced by Los Angeles County. He is a Muslim. He has served 21 years in custody. He does have a US-INS hold from Panama.

SOURCES OF INFORMATION:

This evaluation is based upon a single one hour interview, plus review of the central and medical files.

This is the third psychological evaluation prepared for the Board of Prison Hearings, since the initial evaluation was done at CTF-Soledad, on 1/31/02, by Dr. Steward, Clinical Psychologist. His evaluation contains a Psychosocial Assessment that was reviewed with the inmate. This information is still current and valid and will not be repeated at this time.

CORDOBA, ROGELIO
D-22031
5/5/06
PAGE 2

## CLINICAL ASSESSMENT

XII. **CURRENT MENTAL STATUS/TREATMENT NEEDS**

Mr. Cordoba related during the interview in a serious, sober, open and cooperative manner. His mental status was within normal limits. He was alert and well oriented. His thinking was rational, logical and coherent. His speech was normal, fluent and goal oriented. His affect was appropriate. There was no evidence of anxiety or of depression. His eye contact was good. Intellectually, he was functioning in the average ranges. His memory was intact. His judgment was intact. His insight and self-awareness were very good.

Mr. Cordoba stated that he has not ever been an official gang member. He knew gang members in Los Angeles, because he went to school with them, and he played basketball with them. In fact, the victims were people with whom he played basketball. There is no indication in the written record that he has ever been a gang member. The Probation Report noted that he lived in the area of the Crips Gang, but he was not a gang member. He comes from a stable, non-criminal family. He is the only one in his family who has ever been in trouble. Previous Psychological Evaluations also document his statements indicating that he is not a gang member and has never been a gang member, and that he simply lived in an area where he knew some gang members.

Mr. Cordoba has been doing very well in the institutional environment. He has been disciplinary free for 18 years. In the institution he has never been involved in any gang activities, although we do have frequent racial, gang related riots at this prison. He also has no history of drug or of alcohol use. However, he voluntarily attended Alcoholics Anonymous and Narcotics Anonymous, simply because he thought that he could benefit from them as a self-help group. Since he does not need to attend, the sponsors have asked him not to continue to attend, due to the need of having other inmates in the program. He also has completed Alternatives to Violence, Values and Morals, Breaking Barriers Program, Anger Management, and several video tapes. In addition, he is certified in Vocational Printing and Vocational Welding.

### CURRENT DIAGNOSTIC IMPRESSION

Axis I:    No mental disorder
Axis II:   No personality disorder
Axis III:  No physical disorder
Axis IV:   Life term incarceration
Axis V:    Current GAF: 85

Cordoba            D-22031            CTF-Soledad            5/5/06

CORDOBA, ROGELIO
D-22031
5/5/06
PAGE 3

### XIII. REVIEW OF LIFE CRIME

Mr. Cordoba accepts the official version of this offense. He accepts full responsibility for his actions in the commitment offense, which resulted in the death of the victim. He feels very badly about this offense. Someone was accidentally killed as a result of his actions. He stated that he did not know anything about guns, and he had never shot one before. When his crime partner yelled at him and gave him the gun and ordered him to shoot, he did. It was dark, and he did not aim it at anyone. However, he accidentally shot the 19 year old victim. These were individuals with whom he had played basketball. He had no animosity or hatred towards them at all.

His feelings of sorrow and remorse at the loss of life, due to his actions, appear to be sincere and genuine. This offense appears to be related to inmate Cordoba's immaturity, use of poor judgment, and impulsive behavior, and to the peer pressure of being yelled at and told to shoot under the guise that they were shooting at him. This offense is very situational. Mr. Cordoba does not have a history of violence, and he has never been aggressive or violent in the institution during his 21 years of incarceration.

### XIV. ASSESSMENT OF DANGEROUSNESS

A. In considering potential for dangerous behavior in the institution, this man has been seen since 2002 by two additional psychologists. This is his third examination by a licensed psychologist to assess dangerousness. They all agree that he does not pose a risk to the institution or to society at this point in his life. He has never been involved in racial riots (although we have several of them), assaults on others, possession of weapons, or other aggressive behavior. Compared to other inmates, violence potential is definitely below average.

B. In considering potential for dangerous behavior when released to the community, I agree with the prior three psychologists that stated that he poses no more risk to society than the average citizen in the community. This is supported by the administration of the Level of Service Inventory-Revised, which is an actuarial measure that assesses criminal history, substance abuse history, vocational achievement, social relationships and other factors to determine current risk level on parole. His score places him at the 1.4 cumulative frequency for prison inmates. This means that if 100 men were released on parole, he would do better on parole than 98 of

CORDOBA, ROGELL
D-22031
5/5/06
PAGE 4

      them. This is a very low risk level. He does not pose any more risk to society than the average citizen. In fact, due to his life experiences, he probably poses less risk to the community than the average citizen.

  C. This man has no history of drug or alcohol abuse, or of gang membership. There are no significant risk factors in this case.

XV. **CLINICIAN OBSERVATIONS/COMMENTS/RECOMMENDATIONS**

There are no mental or emotional problems in this case that would interfere with routine parole planning. He has strong family support in the community. He has acquired vocational skills, and he is certified in Vocational Welding, as well as in Vocational Print Shop and Graphic Design. He has several job offers in the community. He also has a job offer from his brother in Los Angeles, who owns a print shop. Also, his skills as a welder could result in instant employment in the community. This is a trade that is in high demand and pays very well. Employment will not be a problem in this case. He does have a US-INS hold from Panama. His family is now legal, naturalized citizens. He was arrested before he was able to go through that process. However, he does have residence available in Panama, as well as a job offers there from family members, who live there. The prognosis for successful adjustment in the community in this case is excellent.

M. Macomber, Ph.D.
Correctional Psychologist
Correctional Training Facility, Soledad

B. Zika, Ph.D.
Senior Psychologist
Correctional Training Facility, Soledad

D: 5/5/06
T: 5/6/06