# EXHIBIT G

S151104

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re ROGELIO CORDOBA on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
FILED
AUG - 8 2007
Frederick K. Ohlrich Clerk
_____
DEPUTY

_____
Chief Justice