Rogelio Cordoba D22031
P.O. Box 689   ZW-240L
Soledad, CA 93960-0689

LEGAL MAIL

United States District Court
Northern District Of California
1301 Clay St., Courtroom 2
Oakland, CA 94612-5212

