IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO CORDOBA, | No. C 07-04579 CW (PR) |
|     Petitioner, | ORDER |
|     v. | |
| BEN CURRY, Warden, | |
|     Respondent. | |

In an Order dated October 22, 2009, the Court granted Petitioner's petition for a writ of habeas corpus. The Court directed the Board of Parole Hearings (Board) to hold a new parole hearing within sixty days and re-evaluate Petitioner's suitability for parole in accordance with its October 22, 2009 Order.

Counsel for Respondent did not notify the Court until November 6, 2009 that the Board had found Petitioner suitable for parole during his August 10, 2009 parole suitability hearing. Accordingly, the portion of the Court's October 22, 2009 Order directing the Board to hold a new parole hearing within sixty days is moot and is withdrawn.

The Court retains jurisdiction over Petitioner's parole process.

IT IS SO ORDERED.

Dated: 11/23/09

                                              CLAUDIA WILKEN
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROGELIO CORDOBA,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-04579 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rogelio Cordoba D-22031
CFT-Soledad
ZW-240L
P.O. Box 689
Soledad, CA 93960-0689

Dated: November 23, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk